McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Dec 11, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A SEARCH WARRANT
CONCERNING:

   The Person ANDREA M. GERVAIS
    aka ANDREA M. DANGERFIELD

CASE NO.   2:20-sw-1132 AC

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS

**UNDER SEAL**

**SEALING ORDER**

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

person, unless otherwise ordered by this Court.

Dated:   December 11, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1