1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

Jan 28, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION       | ORDER TO UNSEAL SEARCH WARRANT
   | OF THE UNITED STATES OF AMERICA        | AND SEARCH WARRANT AFFIDAVIT
11 | FOR SEARCH WARRANTS CONCERNING:        |

12 | 2012 Rebecca Court Roseville, CA 95661 | CASE NO: 2:20-SW-1130 AC

13 | Blue Toyota Camry with California license | CASE NO: 2:20-SW-1131 AC
   | plate 6KZR879
14

15 | The Person ANDREA M. GERVAIS aka       | CASE NO: 2:20-SW-1132 AC
   | ANDREA M. DANGERFIELD
16

17

18     Upon application of the United States of America and good cause having been shown,

19     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

20 ordered unsealed.

21

22  Dated:  January 28, 2021

23                                          The Honorable Carolyn K. Delaney
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                    1
AFFIDAVITS